UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEFINA OCHOA,

Plaintiff,

v.

WALMART INC.,

Defendant.

Case No. 26-cv-06696-HSG

**SCHEDULING ORDER**

A case management conference was held on October 7, 2026. Having considered the parties' proposal, *see* Dkt. No. 11, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | December 4, 2026 |
| Close of Fact Discovery | March 5, 2027 |
| Exchange of Opening Expert Reports | March 26, 2027 |
| Exchange of Rebuttal Expert Reports | April 16, 2027 |
| Close of Expert Discovery | May 7, 2027 |
| Dispositive Motion Hearing Deadline | July 15, 2027, at 2:00 p.m. |
| Pretrial Conference | October 19, 2027, at 3:00 p.m. |
| Jury Trial (5 days) | November 1, 2027, at 8:30 a.m. |

//

//

//

//

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 10/7/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California