Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SANG KIM,

Plaintiff(s)

v.

PORSCHE CARS NORTH AMERICA, INC.,

Defendant(s)

CASE 4:26-cv-06214-HSG

STIPULATION AND ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ■ **Private ADR** (*specify process and provider*)
  Private Mediation with SMART ADR

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ■ other requested deadline: 120 days from the date of the order referring the case to ADR

Date: 10/06/26 /s/ G. Eric Young
Attorney for Plaintiff

Date: 10/06/26 /s/ Sarah Suard
Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 10/7/2026 Haywood S. Gilliam, Jr.
U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*

Print Form